UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SHEILA RENEE BEARD-MILLER, | No. ED CV 13-697-MWF (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to the order accepting the magistrate judge's second report and recommendation, IT IS ADJUDGED that plaintiff's request for reversal, or in the alternative, remand, is granted, the decision of the Commissioner is reversed and the action remanded for further proceedings.

DATED:  May 23, 2014

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE