Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California  91302
Telephone:  818.438.1332
Facsimile:  818.854.6899
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA RENEE BEARD-MILLER, | CASE NO.: 5:13-cv-00697-MWF-PLA |
| Plaintiff, | |
| v. | STIPULATION FOR AWARD OF EAJA FEES |
| CAROLYN W. COLVIN, Acting, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FOUR

/
/
/
/
/
/
/
/

-1-

THOUSAND DOLLARS AND 00/100 ($4,000.00) subject to the terms of the stipulation.

RECOMMENDED BY:

DATED: 6/25/14

HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

ORDERED BY:

DATED: June 25, 2014

HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE